Ruth Botstein
Linda J. Johnson
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendant
Austin Quinn-Davidson

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS IMBRIANI, ROBERT RUBEY, MICHAEL HANIFEN, HOLLY DERIVERA BRIAN JOHNSON, and HOCKEY OFFICALS OF ALASKA,<br><br>Plaintiffs,<br><br>vs.<br><br>AUSTIN QUINN-DAVIDSON, in her capacity as Acting Mayor for the Municipality of Anchorage,<br><br>Defendant. | Case No. 3:21-cv-00105 TMB |

## ENTRY OF APPEARANCE

The Office of the Anchorage Municipal Attorney hereby enters Ruth Botstein and

Linda J. Johnson in this action as co-counsel on behalf of defendant Austin Quinn-

Davidson, in her capacity as Acting Mayor for the Municipality of Anchorage requests

that all documents be mailed and emailed to:

Ruth Botstein
Linda J. Johnson
Municipality of Anchorage
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
uslit@muni.org

Respectfully submitted this 27th day of May, 2021.

KATHRYN R. VOGEL
Municipal Attorney

By: s/ Ruth Botstein & Linda J. Johnson
Ruth Botstein
Assistant Municipal Attorney
Alaska Bar No. 9901016
Linda J. Johnson
Assistant Municipal Attorney
Alaska Bar No. 8911070
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
E-mail: uslit@muni.org

Certificate of Service
The undersigned hereby certifies that on May 27, 2021, a
true and correct copy of the foregoing was served
by electronic means through the ECF system as
indicated on the Notice of Electronic Filing.

s/ Amber J. Cummings
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office