Ruth Botstein
Linda J. Johnson
Assistant Municipal Attorneys
Municipal Attorney's Office
P.O. Box 196650
Anchorage, Alaska 99519-6650
Phone: (907) 343-4545
Fax: (907) 343-4550
Email: uslit@muni.org

Attorneys for Defendant
Austin Quinn-Davidson

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS IMBRIANI, ROBERT RUBEY, MICHAEL HANIFEN, HOLLY DERIVERA BRIAN JOHNSON, and HOCKEY OFFICALS OF ALASKA,<br><br>Plaintiffs,<br><br>vs.<br><br>AUSTIN QUINN-DAVIDSON, in her capacity as Acting Mayor for the Municipality of Anchorage,<br><br>Defendant. | Case No. 3:21-cv-00105 TMB |

## UNOPPOSED MOTION FOR EXTENSION OF TIME UNTIL JUNE 7, 2021 TO FILE RESPONSIVE PLEADING

Defendant Austin Quinn-Davidson, in her official capacity as Acting Mayor for the Municipality of Anchorage, hereby moves the court for an extension of time until June 7, 2021, in which to file a responsive pleading to the Complaint in this matter.

This motion is unopposed by plaintiffs, as described in the attached affidavit of counsel.

Respectfully submitted this 27th day of May, 2021.

            KATHRYN R. VOGEL
            Municipal Attorney

        By:  s/ Ruth Botstein & Linda J. Johnson
            Ruth Botstein
            Assistant Municipal Attorney
            Alaska Bar No. 9901016
            Linda J. Johnson
            Assistant Municipal Attorney
            Alaska Bar No. 8911070
            Municipal Attorney's Office
            P.O. Box 196650
            Anchorage, Alaska 99519-6650
            Phone: (907) 343-4545
            Fax: (907) 343-4550
            E-mail: uslit@muni.org

Certificate of Service
The undersigned hereby certifies that on May 27, 2021, a true and correct copy of the foregoing was served by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

s/ Amber J. Cummings
Amber J. Cummings, Legal Secretary
Municipal Attorney's Office

Motion for Extension of Time
*Imbriani, et al. v. Quinn-Davidson*; Case No. 3:21-cv-00105 HRH
Page 2 of 2

Case 3:21-cv-00105-TMB Document 6 Filed 05/27/21 Page 2 of 2