Stacey C. Stone, Esq.
Email: sstone@hwb-law.com

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

LOUIS IMBRIANI, ROBERT RUBEY,
MICHAEL HANIFEN, HOLLY DERIVERA,
BRIAN JOHNSON, and HOCKEY OFFICIALS
OF ALASKA,

                Plaintiffs,

      v.

AUSTIN QUINN-DAVIDSON, in her capacity
as Acting Mayor for the Municipality of
Anchorage,

               Defendant.

Case No. 3:21-cv-00105 TMB

### PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME

Plaintiffs Louis Imbriani, Robert Rubey, Michael Hanifen, Holly DeRivera, Brian Johnson and Hockey Officials of Alaska (hereinafter "Plaintiffs"), by and through their counsel of record Holmes Weddle & Barcott, P.C. pursuant to Fed. R. Civ. P. 6(b) hereby move for an extension of time to respond to Defendant's Motion to Dismiss from June 28, 2021 to July 12, 2021. Good cause exists for such continuance, as Plaintiffs require additional time to assess alternative dispute resolution, or in turn respond to the Motion to Dismiss due to undersigned counsel's recent absence from the State of Alaska. Counsel for Defendant has indicated that Defendant does not oppose the instant request.

This motion is supported by the attached Affidavit and Proposed Order.

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

PLAINTIFFS' UNOPPOSED MOTION
FOR EXTENSION OF TIME
Louis Imbriani, et al. v. Austin Quinn-Davidson
Page 1 of 2
Case No. 3:21-cv-00105 TMB

Case 3:21-cv-00105-TMB   Document 9   Filed 06/28/21   Page 1 of 2

DATED this 28<u>th</u> day of June, 2021, at Anchorage, Alaska.

> HOLMES WEDDLE & BARCOTT, P.C.
> Attorneys for Plaintiffs
>
> By: _s/ Stacey C. Stone_
>      Stacey C. Stone
>      Alaska Bar No. 1005030

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 28<u>th</u> day of June, 2021, a true and correct copy of the foregoing was served by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

By: _s/Stacey C. Stone_

PLAINTIFFS' UNOPPOSED MOTION
 FOR EXTENSION OF TIME                  Page 2 of 2
*Louis Imbriani, et al. v. Austin Quinn-Davidson*     Case No. 3:21-cv-00105 TMB

Case 3:21-cv-00105-TMB    Document 9    Filed 06/28/21    Page 2 of 2