Stacey C. Stone, Esq.
Email: sstone@hwb-law.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS IMBRIANI, ROBERT RUBEY, MICHAEL HANIFEN, HOLLY DERIVERA, BRIAN JOHNSON, and HOCKEY OFFICIALS OF ALASKA,<br><br>        Plaintiffs,<br><br>   v.<br><br>AUSTIN QUINN-DAVIDSON, in her capacity as Acting Mayor for the Municipality of Anchorage,<br><br>        Defendant. | Case No. 3:21-cv-00105 TMB |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME**

1. I, Stacey C. Stone, am an attorney with the law firm of Holmes Weddle & Barcott, P.C. and am counsel of record for the Plaintiffs in the above-captioned matter.

2. On June 8, 2021, Defendant filed a Motion to Dismiss the above-captioned matter.

3. The parties have been engaged in conversations regarding potential settlement of this matter.

4. During the month of June, my personal commitments resulted in me spending time out of the office.

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

AFFIDAVIT OF COUNSEL IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION FOR
EXTENSION OF TIME           Page 1 of 2
*Louis Imbriani, et al. v. Austin Quinn-Davidson*   Case No. 3:21-cv-00105 TMB
Case 3:21-cv-00105-TMB   Document 9-1   Filed 06/28/21   Page 1 of 2

5. On June 28, I contacted counsel for Defendant regarding the requested extension and was advised by Ruth Botstein that Defendant has no objection to the extension.

Pursuant to AS 09.62.020, I, the undersigned, hereby certify that I executed the foregoing affidavit on June 28, 2021, that a notary public or other official empowered and to administer oaths is currently unavailable to me. I do certify that the foregoing is true under penalty of perjury.

DATED this 28th day of June, 2021, at Anchorage, Alaska.

HOLMES WEDDLE & BARCOTT, P.C.
Attorneys for Plaintiffs

By: *s/ Stacey C. Stone*
    Stacey C. Stone
    Alaska Bar No. 1005030

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 28th day of June, 2021, a true and correct copy of the foregoing was served by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

By: *s/Stacey C. Stone*

AFFIDAVIT OF COUNSEL IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION FOR
EXTENSION OF TIME   Page 2 of 2
*Louis Imbriani, et al. v. Austin Quinn-Davidson*   Case No. 3:21-cv-00105 TMB
Case 3:21-cv-00105-TMB   Document 9-1   Filed 06/28/21   Page 2 of 2

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657