Stacey C. Stone, Esq.
Email: sstone@hwb-law.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS IMBRIANI, ROBERT RUBEY, MICHAEL HANIFEN, HOLLY DERIVERA, BRIAN JOHNSON, and HOCKEY OFFICIALS OF ALASKA,<br><br>                Plaintiffs,<br><br>   v.<br><br>AUSTIN QUINN-DAVIDSON, in her capacity as Acting Mayor for the Municipality of Anchorage,<br><br>                Defendant. | Case No. 3:21-cv-00105 TMB |

## **PLAINTIFFS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiffs Louis Imbriani, Robert Rubey, Michael Hanifen, Holly DeRivera, Brian Johnson and Hockey Officials of Alaska (hereinafter "Plaintiffs"), by and through their counsel of record Holmes Weddle & Barcott, P.C. pursuant to Fed. R. Civ. P. 6(b) hereby move for an extension of time to respond to Defendant's Motion to Dismiss from July 12 to August 2, 2021. Good cause exists for such continuance, as the parties continue to engage in negotiations regarding alternative dispute resolution. Counsel for Defendant has indicated that Defendant does not oppose the instant request.

This motion is supported by the attached Proposed Order.

PLAINTIFFS' SECOND UNOPPOSED MOTION
FOR EXTENSION OF TIME      Page 1 of 2
*Louis Imbriani, et al. v. Austin Quinn-Davidson*      Case No. 3:21-cv-00105 TMB

Case 3:21-cv-00105-TMB    Document 11    Filed 07/12/21    Page 1 of 2

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

DATED this 12th day of July, 2021, at Anchorage, Alaska.

>HOLMES WEDDLE & BARCOTT, P.C.
>Attorneys for Plaintiffs
>
>By: *s/ Stacey C. Stone*
>   Stacey C. Stone
>   Alaska Bar No. 1005030

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 12th day of July, 2021, a true and correct copy of the foregoing was served by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

By:   *s/Stacey C. Stone*

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

PLAINTIFFS' SECOND UNOPPOSED MOTION
FOR EXTENSION OF TIME                                                   Page 2 of 2
*Louis Imbriani, et al. v. Austin Quinn-Davidson*            Case No. 3:21-cv-00105 TMB
Case 3:21-cv-00105-TMB   Document 11   Filed 07/12/21   Page 2 of 2