Stacey C. Stone, Esq.
Email: sstone@hwb-law.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS IMBRIANI, ROBERT RUBEY, MICHAEL HANIFEN, HOLLY DERIVERA, BRIAN JOHNSON, and HOCKEY OFFICIALS OF ALASKA,<br><br>                Plaintiffs,<br><br>   v.<br><br>AUSTIN QUINN-DAVIDSON, in her capacity as Acting Mayor for the Municipality of Anchorage,<br><br>                Defendant. | Case No. 3:21-cv-00105 TMB |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME

Having considered Plaintiffs' Unopposed Motion for Extension of Time;

IT IS HEREBY ORDERED that the Motion for Extension of time is GRANTED, and Plaintiffs shall file any response to Defendant's Motion to Dismiss on or before August 2, 2021.

_____
Dated

_____
Hon. Judge Timothy Burgess

[PROPOSED] ORDER GRANTING PLAINTIFFS' SECOND
UNOPPOSED MOTION FOR EXTENSION OF TIME                                         Page 1 of 2
*Louis Imbriani, et al. v. Austin Quinn-Davidson*                                            Case No. 3:21-cv-00105 TMB
Case 3:21-cv-00105-TMB   Document 11-1   Filed 07/12/21   Page 1 of 2

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 12th day of July, 2021, a true and correct copy of the foregoing was served by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

By: _s/Stacey C. Stone_

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

[PROPOSED] ORDER GRANTING PLAINTIFFS' SECOND
UNOPPOSED MOTION FOR EXTENSION OF TIME    Page 2 of 2
*Louis Imbriani, et al. v. Austin Quinn-Davidson*    Case No. 3:21-cv-00105 TMB
Case 3:21-cv-00105-TMB   Document 11-1   Filed 07/12/21   Page 2 of 2