Stacey C. Stone, Esq.
Email: sstone@hwb-law.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS IMBRIANI, ROBERT RUBEY, MICHAEL HANIFEN, HOLLY DERIVERA, BRIAN JOHNSON, and HOCKEY OFFICIALS OF ALASKA,<br><br>            Plaintiffs,<br><br>  v.<br><br>AUSTIN QUINN-DAVIDSON, in her capacity as Acting Mayor for the Municipality of Anchorage,<br><br>            Defendant. | Case No. 3:21-cv-00105 TMB |

## **NOTICE OF SETTLEMENT**

Plaintiffs Louis Imbriani, Robert Rubey, Michael Hanifen, Holly DeRivera, Brian Johnson and Hockey Officials of Alaska (hereinafter "Plaintiffs"), by and through their counsel of record Holmes Weddle & Barcott, P.C. hereby notify the court that the parties have achieved settlement of the above-captioned action. Final documents to dismiss the instant matter will be filed forthwith.

DATED this 2nd day of August, 2021, at Anchorage, Alaska.

                                HOLMES WEDDLE & BARCOTT, P.C.
                                Attorneys for Plaintiffs

                                By: *s/ Stacey C. Stone*
                                    Stacey C. Stone
                                    Alaska Bar No. 1005030

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

NOTICE OF SETTLEMENT                         Page 1 of 2
*Louis Imbriani, et al. v. Austin Quinn-Davidson*     Case No. 3:21-cv-00105 TMB
Case 3:21-cv-00105-TMB   Document 12   Filed 08/02/21   Page 1 of 2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 2nd day of August, 2021, a true and correct copy of the foregoing was served by electronic means through the ECF system as indicated on the Notice of Electronic Filing.


By: *s/Stacey C. Stone*

NOTICE OF SETTLEMENT Page 2 of 2
*Louis Imbriani, et al. v. Austin Quinn-Davidson* Case No. 3:21-cv-00105 TMB
Case 3:21-cv-00105-TMB   Document 12   Filed 08/02/21   Page 2 of 2

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657