Stacey C. Stone, Esq.
Email:  sstone@hwb-law.com

Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| LOUIS IMBRIANI, ROBERT RUBEY, MICHAEL HANIFEN, HOLLY DERIVERA, BRIAN JOHNSON, and HOCKEY OFFICIALS OF ALASKA,<br><br>          Plaintiffs,<br><br>   v.<br><br>AUSTIN QUINN-DAVIDSON, in her capacity as Acting Mayor for the Municipality of Anchorage,<br><br>          Defendant. | <br><br><br><br><br><br><br><br><br><br><br><br>Case No. 3:21-cv-00105 TMB |

## STIPULATUION OF VOLUNTARY DISMISSAL

Plaintiffs Louis Imbriani, Robert Rubey, Michael Hanifen, Holly DeRivera, Brian Johnson and Hockey Officials of Alaska, by and through their counsel of record Holmes Weddle & Barcott, P.C., and Austin Quinn-Davidson, in her capacity as Acting Mayor for the Municipality of Anchorage pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate to voluntarily dismiss the above-captioned action with prejudice with each party to bear its own attorney's fees and costs.

DATED this 18th day of August, 2021, at Anchorage, Alaska.

          HOLMES WEDDLE & BARCOTT, P.C.
          Attorneys for Plaintiffs

          By: *s/ Stacey C. Stone*
             Stacey C. Stone
             Alaska Bar No. 1005030

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

STIPULATION OF VOLUNTARY DISMISSAL            Page 1 of 2
*Louis Imbriani, et al. v. Austin Quinn-Davidson*            Case No. 3:21-cv-00105 TMB
Case 3:21-cv-00105-TMB    Document 14    Filed 08/18/21    Page 1 of 2

DATED this 18th day of August, 2021, at Anchorage, Alaska.

           PATRICK BERGT
           Municipal Attorney
           Attorneys for Defendant

         By: *s/ Ruth Botstein* (with consent)
           Ruth Botstein
           Assistant Municipal Attorney
           Alaska Bar no. 9901016
           Linda J. Johnson
           Assistant Municipal Attorney
           Alaska Bar No. 8911070

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 18th day of August, 2021, a true and correct copy of the foregoing was served by electronic means through the ECF system as indicated on the Notice of Electronic Filing.

By:  *s/Stacey C. Stone*

HOLMES WEDDLE & BARCOTT, PC
701 WEST EIGHTH AVENUE, SUITE 700
ANCHORAGE, AK 99501-3408
TELEPHONE (907) 274-0666
FACSIMILE (907) 277-4657

STIPULATION OF VOLUNTARY DISMISSAL    Page 2 of 2
*Louis Imbriani, et al. v. Austin Quinn-Davidson*    Case No. 3:21-cv-00105 TMB
Case 3:21-cv-00105-TMB   Document 14   Filed 08/18/21   Page 2 of 2